## People of the State of Illinois ex rel. Witly Z. Mitchell, Appellant, v. Otto W. Armspach, President of Village of Villa Park, et al., Appellees.

**Gen. No. 9,770.**

Heard in this court at February term, 1942; opinion filed May 14, 1942. Joseph Sam Perry and McCarthy & Toomey, for appellant; Joseph Sam Perry, Frank A. McCarthy, John E. Toomey and James John Cullen, of counsel; Thomas A. Matthews and Theodore F. Ashford, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."